Scott J. Ferrell, Bar No. 202091
sferrell@calljensen.com
Scott R. Hatch, Bar No. 241563
shatch@calljensen.com
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendants EZ Lube, LLC, Ernest J. Jubela, Trustee Bornhoeft Trust of 09-10-87, Ethel B. Jubela, Trustee Bornhoeft Trust of 09-10-87

FILED
2008 AUG -5 PM 3:36
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY VNH DEPUTY

ORIGINAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KEVIN BURNAM,

Plaintiff,

vs.

EZ LUBE, LLC, A Delaware Limited Liability Company; ERNEST J. JUBELA, Trustee BORNHOEFT TRUST OF 09-10-87; ETHEL B. JUBELA, Trustee BORNHOEFT TRUST OF 09-10-87, and DOES 1 through 100, inclusive,

Defendants.

Case No. '08 CV 1420 H LSP

**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL RULE 40.2**

Complaint Filed: June 23, 2008
Trial Date: None Set

TO THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil Rule 40.2, the undersigned, counsel of record for Defendants EZ Lube, LLC, Ernest J. Jubela, Trustee Bornhoeft Trust of 09-10-87, Ethel B. Jubela,

1 Trustee Bornhoeft Trust of 09-10-87, submits the following notice of party with
2 financial interest:
3    (1)   The nongovernmental corporate party, Defendant EZ Lube, LLC does not
4 have any parent corporations and there is no publicly held corporation that owns 10% or
5 more of its stock.

7 Dated: August 5, 2008

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell
Scott R. Hatch

By: _____
    Scott J. Ferrell

Attorneys for Defendants EZ Lube, LLC, Ernest J. Jubela, Trustee Bornhoeft Trust of 09-10-87, Ethel B. Jubela, Trustee Bornhoeft Trust of 09-10-87