|   |   |
|---|---|
| 1 | Scott J. Ferrell, Bar No. 202091 |
|   | sferrell@calljensen.com |
| 2 | Scott R. Hatch, Bar No. 241563 |
|   | shatch@calljensen.com |
| 3 | CALL, JENSEN & FERRELL |
| 4 | A Professional Corporation |
|   | 610 Newport Center Drive, Suite 700 |
| 5 | Newport Beach, CA  92660 |
|   | Tel:  (949) 717-3000 |
| 6 | Fax: (949) 717-3100 |

**FILED**
2008 AUG -5  PM 3: 36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Defendants EZ Lube, LLC, Ernest J. Jubela, Trustee Bornhoeft Trust of 09-10-87, Ethel B. Jubela, Trustee Bornhoeft Trust of 09-10-87

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KEVIN BURNAM, | Case No. '08 CV 1420 H LSP |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| EZ LUBE, LLC, A Delaware Limited Liability Company; ERNEST J. JUBELA, Trustee BORNHOEFT TRUST OF 09-10-87; ETHEL B. JUBELA, Trustee BORNHOEFT TRUST OF 09-10-87, and DOES 1 through 100, inclusive, | |
| Defendants. | |
|  | Complaint Filed: June 23, 2008 |
|  | Trial Date:       None Set |

ORIGINAL

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

EZL01-08:397137_1:8-5-08

- 1 -

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On August 5, 2008, I have served the foregoing document described as **1) NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 (FEDERAL QUESTION); 2) DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL RULE 40.2; 3) CIVIL COVER SHEET; AND 4) CERTIFICATE OF SERVICE** on the following person(s) in the manner(s) indicated below:

Mark D. Potter, Esq.  
Russell S. Handy, Esq.  
Center for Disability Access, LLP  
100 East San Marcos Blvd., Suite 400  
San Marcos, CA 92069-2988  
Tel: (760) 480-4162  
Fax: (760) 480-4170  
E: MarkPotter@cda4access.com  
E: RussHandy@cda4access.com  

**Attorneys for**

**Plaintiff Kevin Burnam**

[ ]   (BY ELECTRONIC SERVICE) I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[X]   (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]   (BY OVERNIGHT SERVICE) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]   (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone

1  number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ]   (BY E-MAIL)   I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(es) indicated.

[ ]   (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on August 5, 2008, at Newport Beach, California.

_Denise Reigel_